IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 24.55.7.92

**ISP:** Spectrum
**Physical Location:** Cedar Park, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/04/2019 13:50:09 | AF34A156405DEBF05141C890A2DDD4AB65745615 | Hot Night Tiny Blonde |
| 03/04/2019 13:48:22 | D7C704FDAAB53784FBE15C6F7B2EE5EBB447939C | Best Fashion Model Girlfriends |
| 01/26/2019 10:29:24 | 83603BABFF8F34914BA34626EBDC08A167A1CE30 | In Love or Lust |
| 01/14/2019 12:19:22 | 54B648804E95E8D671D0700841FD341DF06E523F | SEX after WORK |
| 01/06/2019 02:28:53 | B4E4A60AE28670A14C66FFC49F274290C581B7B5 | Fashion Show Fucking |
| 12/22/2018 13:42:51 | 2A3640EDC219B2A6B0EDCAAEBDF511B050423CB5 | Three is NOT a Crowd |
| 10/27/2018 12:41:21 | 270330701EEC1161D7229136BB938DA1D8ABDF55 | 18 Year Old Models First Time Threesome |
| 10/26/2018 18:51:16 | 914C9908FCC37668E9E2D55F54B8F520093230E1 | California Couple Cumming in Malibu |
| 10/25/2018 14:31:59 | 338E6089ED2288374F4E9E2AB8E928F8842068DB | Lingerie Birthday Surprise |
| 10/25/2018 13:56:04 | CB77E43971A3AD7F4E82151E70B8A2AB98B9660B | Hot Office Sex |
| 10/20/2018 10:47:14 | CE95CDF89EE9FE9BE95C6915A4EC51A599FC65A9 | Hot Fucking with Sexy Sybil and Jake |

**Total Statutory Claims Against Defendant: 11**

EXHIBIT A

WTX20